UNITED STATES BANKRUPTCY COURT
FOR NORTHERN DISTRICT OF ILLINOIS

IN RE:

Isiah Bogan  CHAPTER: 13
101 Frederick AVE  CASE NUMBER: 23-08213
Bellwood, IL 60104  CLAIM AMOUNT: $6154.42

Debtors.
_____

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Jefferson Capital Systems LLC, and pursuant to Rule 3006, F.R.Bkcy.P., hereby withdraws its Proof of Claim, filed 9/1/2023, in the amount of $6154.42.

Jefferson Capital Systems LLC hereby releases and discharges the Chapter 13 Trustee from any further liability for said Proof of Claim, and specifically requests the Chapter 13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

This 7th day of September, 2023.

Jefferson Capital Systems LLC

By: /s/ Nancy Mehrenberg
Nancy Mehrenberg   Bankruptcy Specialist

Jefferson Capital Systems, LLC
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314

## **CERTIFICATE OF SERVICE**

I do hereby certify that I served a copy of the NOTICE OF WITHDRAWAL OF

PROOF OF CLAIM filed in the Bankruptcy case on:

| | |
|---|---|
| Debtor: | Isiah  Bogan<br>101 Frederick AVE<br>Bellwood, IL 60104 |
| Debtor's Attorney: | DAVID H CUTLER<br>4131 MAIN ST<br>SKOKIE, IL 60076 |
| Chapter 13 Trustee: | MARILYN O MARSHALL<br><br>CHICAGO, IL 60604 |

by submitting electronically with the court.

This 7th day of September, 2023.

Jefferson Capital Systems LLC

By: /s/ Nancy Mehrenberg_____
Nancy Mehrenberg   Bankruptcy Specialist

Jefferson Capital Systems, LLC
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314